UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED IN COURT
ASHEVILLE, NC
DEC 03 2024
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

| UNITED STATES OF AMERICA | DOCKET NO. 1:24-CR-66-MR-WCM |
|---|---|
| v. | **BILL OF INDICTMENT** |
| (1) LEWIS EMERSON BIRD<br>(2) REVA CLAUDINE SEQUOYAH | Violations:<br>18 U.S.C. §§ 13 and 1153<br>N.C.G.S. § 14-318.4 |

THE GRAND JURY CHARGES:

## COUNT ONE

From on or about January 30, 2024, through on or about February 6, 2024, in Jackson County, within Indian Country in the Western District of North Carolina, the defendants

**(1) LEWIS EMERSON BIRD**
**(2) REVA CLAUDINE SEQUOYAH**

each being an Indian and a person providing care to and supervision of H.H., a child less than 16 years of age, intentionally inflicted serious physical injury upon and to H.H., and intentionally assaulted H.H. resulting in serious physical injury.

All in violation of Title 18, United States Code, Sections 13, 1153, and 2, and North Carolina General Statutes Chapter 14, Section 318.4(a).

## COUNT TWO

From on or about October 1, 2023, through on or about February 6, 2024, in Jackson County, within Indian Country in the Western District of North Carolina, the defendants

**(1) LEWIS EMERSON BIRD**
**(2) REVA CLAUDINE SEQUOYAH**

each being an Indian and a person providing care to and supervision of H.H., a child less than 16 years of age, showed a reckless disregard for human life through a willful act and grossly negligent omission in the care of H.H., and the act and omission resulted in serious physical injury to H.H.

All in violation of Title 18, United States Code, Sections 13, 1153, and 2, and North Carolina General Statutes Chapter 14, Section 318.4(a5).

A TRUE BILL:

_____
Grand Jury Foreperson

DENA J. KING
United States Attorney

_____
ALEX M. SCOTT
Assistant United States Attorney